IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JIMINEZ, | 1:07-cv-1327 LJO DLB (PC) |
| Plaintiff, | ORDER DISREGARDING APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS AS MOOT |
| JAMES YATES, et al., | (DOCUMENT #7) |
| Defendant(s). | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On November 1, 2007, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on November 5, 2007, IT IS HEREBY ORDERED THAT plaintiff's application of November 1, 2007, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **December 27, 2007**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE