# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JIMINEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>JAMES YATES, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:07-CV-01327-LJO DLB-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |

Plaintiff Richard Jiminez ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 7, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendations, filed May 7, 2008, is adopted in full; and

3  2. This action is dismissed for plaintiff's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:**   **June 24, 2008**            /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE